UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED JS
US DISTRICT COURT CLER
WESTERN DISTRICT OF KY

09 MAR 25 AM 9: 41

KENNETH MITAN,
FRANK MITAN,
TERESA MITAN, and
KEITH MITAN

PLAINTIFF(S)

VS.

CIVIL ACTION NO. 3:08CV-117-S

EMORY DAVIS,
CAROL DAVIS,
VITRAMAX GROUP, INC.,
RONALD RASH,
ACHIM NEUMAN,
DWIGHT McNEIL,
CRAIG CULLINANE,
LINDA CULLINANE, and
THOMAS F. CULLINANE, JR.

DEFENDANT(S)

## PLAINTIFF KEITH MITAN'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER PURSUANT TO 28 U.S.C. § 636(b)(1)(A)

Comes Plaintiff Keith Mitan, and respectfully requests that this Court, pursuant to 28 U.S.C. § 636(b)(1)(A), reconsider the Order entered by the Magistrate Judge on March 11, 2009, for the reasons set forth in the accompanying memorandum and affidavit in support.

Respectfully submitted,

Keith Mitan
P.O. Box 251597
West Bloomfield, MI 48325-1597
248-352-6070

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was mailed this 23rd day of March, 2009, with the accompanying memorandum, affidavit in support, and proposed order, to:

Bruce D. Atherton
455 South Fourth Street, Suite 1450, Louisville, KY 40202

J. Fox DeMoisey
905 Baxter Avenue, Louisville, KY 40204

_____