UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KENNETH MITAN, et al          PLAINTIFFS

v.          CIVIL ACTION NO. 3:08CV-117-S

EMORY DAVIS, et al          DEFENDANTS

### ORDER

On motion of the plaintiff, Keith Mitan, for reconsideration of the magistrate judge's order permitting Bruce D. Atherton to withdraw as counsel, and the court having received information that the said Bruce D. Atherton has been suspended by the Kentucky Bar Association for disciplinary reasons and is, therefore, unable to practice law, the motion for reconsideration is **DENIED**.

This matter is **REFERRED** to the Magistrate Judge James D. Moyer for a hearing and determination as to the present status of this matter, including counsel-related issues.

**IT IS SO ORDERED** this September 10, 2009

                               **Charles R. Simpson III, Judge**
                               **United States District Court**

cc:     Counsel of Record
        Plaintiff, Kenneth Mitan
        Plaintiff, Frank Mitan
        Plaintiff, Teresa Mitan
        Plaintiff, Keith Mitan