UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KENNETH MITAN, ET AL.**                                              **PLAINTIFFS**

v.                                                 **CIVIL ACTION NO. 3:08CV-117-S**

**EMORY DAVIS, ET AL.**                                                   **DEFENDANTS**

### SHOW CAUSE ORDER

On the court's own motion,

**IT IS HEREBY ORDERED** that a show cause hearing is scheduled in this matter for **FEBRUARY 3, 2010, at 10:00 A.M.**, Second Floor, Gene Snyder U.S. Courthouse, 601 West Broadway, Louisville, Kentucky, before the undersigned magistrate judge. The pro se plaintiffs or their counsel shall appear in person to show cause why this matter should not be dismissed for failure to prosecute.

The Clerk of the Court shall provide a court reporter for this proceeding.

Date: January 21, 2010

                                                           **James D. Moyer**
                                                    **United States Magistrate Judge**

Copies to:
Kenneth Mitan, *pro se plaintiff*
Frank Mitan, *pro se plaintiff*
Teresa Mitan, *pro se plaintiff*
Keith Mitan, *pro se plaintiff*
Counsel of Record