UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
10 FEB 11 PM 1:46

KENNETH MITAN,
FRANK MITAN,
TERESA MITAN, and
KEITH MITAN                                          PLAINTIFF(S)

VS.                                    CIVIL ACTION NO. 3:08CV-117-S

EMORY DAVIS,
CAROL DAVIS,
VITRAMAX GROUP, INC.,
RONALD RASH,
ACHIM NEUMAN,
DWIGHT McNEIL,
CRAIG CULLINANE,
LINDA CULLINANE, and
THOMAS F. CULLINANE, JR.                            DEFENDANT(S)

### PLAINTIFF KEITH MITAN'S RESPONSE TO ORDER TO SHOW CAUSE

Comes Plaintiff Keith Mitan, and states the following in response to the Order to Show Cause (Docket No. 44):

1. On March 11, 2009, the Court entered an Order (the "Withdrawal Order"), granting Bruce D. Atherton's motion to withdraw and providing that:

> The plaintiffs shall then have until APRIL 24, 2009, to either hire new counsel and have that counsel enter an appearance in the record, or inform the court that they intend to proceed without counsel (*pro se*). Plaintiffs shall then have ten days after their counsel enters an appearance in the record or they inform the court of their intention to proceed *pro se* to verify or otherwise authenticate their respective answers to the defendants' counterclaim.

1.

2. On March 25, 2009, Plaintiff Keith Mitan filed a motion for reconsideration of the Withdrawal Order, because Mr. Atherton had misstated the facts in his motion to withdraw.

3. However, that motion for reconsideration became moot when Mr. Atherton pled guilty to a felony on September 2, 2009.

4. On September 11, 2009, the Court entered an Order which denied that motion for reconsideration because of Mr. Atherton's felony conviction, but did not specify when the information referred to in the Withdrawal Order should be provided.

5. Plaintiff Keith Mitan (a) intends to proceed *pro se*, and (b) is simultaneously filing a motion to dismiss the counterclaim pursuant to Fed.R.Civ.P. 12(b)(6), in lieu of verifying or authenticating the answer to it.

Respectfully submitted,

*/s/ Keith Mitan*
Keith Mitan
P.O. Box 251597
West Bloomfield, MI 48325-1597
248-352-6070

### CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was mailed this 8th day of February, 2010 to:

J. Fox DeMoisey
905 Baxter Avenue, Louisville, KY 40204

*/s/ Keith Mitan*

2.

Keith J. Mitan
P.O. Box 251597
West Bloomfield, MI 48325-1597

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 FEB 11 PM 1:46

Clerk of the U.S. District Court
601 West Broadway
Room 106
Louisville, KY 40202

