UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KENNETH MITAN, ET AL.**                                       **PLAINTIFFS**

v.                                      **CIVIL ACTION NO. 3:08CV-117-S**

**EMORY DAVIS, ET AL.**                                           **DEFENDANTS**

### ORDER

On February 25, 2010, the court conducted a show cause hearing in this matter. Attorney Jonathan E. Breitenstein appeared on behalf of the defendants. Plaintiffs did not appear. After discussion on the record,

**IT IS HEREBY ORDERED** that the matter stands submitted to the magistrate judge for a report and recommendation.

DATE: March 10, 2010

ENTERED BY ORDER OF COURT:
**JAMES D. MOYER, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
JEFFREY A. APPERSON, CLERK

By    /s/ Nadine C. Smith
        Deputy Clerk

Copies to:
Kenneth Mitan, *pro se plaintiff*
Frank Mitan, *pro se plaintiff*
Teresa Mitan, *pro se plaintiff*
Keith Mitan, *pro se plaintiff*
Counsel of Record

0|30