UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KENNETH MITAN, et al.                                                                                       PLAINTIFFS

v.                                                                                  CIVIL ACTION NO. 3:08CV-117-S

EMORY DAVIS, et al.                                                                                         DEFENDANTS

## ORDER

This matter is before the court for consideration of the August 2, 2010 Report and Recommendation of the United States Magistrate Judge (DN 56) regarding plaintiffs' failure to prosecute their claims.

Plaintiff Keith Mitan filed several objections to the Report and Recommendation. Having conducted a *de novo* review of the Magistrate Judge's Findings of Fact and Conclusions of Law as required by 28 U.S.C. 636(b)(1), the court finds no error with the Magistrate Judge's conclusion that the absence of any discovery or other substantive progress in this case warrants dismissal of the claims of Frank Mitan, Kenneth Mitan, and Keith Mitan for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The court also adopts the Magistrate Judge's Recommendation that the claims of Teresa Mitan be dismissed voluntarily, with prejudice, and that the defendants' counterclaim be dismissed voluntarily, without prejudice.

It is **HEREBY ORDERED AND ADJUDGED** that:

1. The August 2, 2010 Finds of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge (DN 54) are **ACCEPTED AND ADOPTED IN THEIR ENTIRETY**.

2. The claims of Keith Mitan, Kenneth Mitan, and Frank Mitan in this matter are **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

3. The claims of Teresa Mitan are voluntarily **DISMISSED**, with prejudice.

3. Defendants' counterclaim is voluntarily **DISMISSED**, without prejudice.

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**