UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

KENNETH MITAN, et al.                                                                                    PLAINTIFFS


v.                                                                                    CIVIL ACTION NO. 3:08-CV-00117-S


EMORY DAVIS, et al.                                                                                    DEFENDANTS


## **ORDER**


On September 13, 2010, this court entered an Order dismissing this action for failure to prosecute (DN 57). On October 13, 2010, plaintiff Keith Mitan moved for relief from the September 13 Order pursuant to FED. R. CIV. P. 60 (DN 59).

Rule 60(b) states that on motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial; (3) fraud, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; or (6) any other reason that justifies relief.

In his Rule 60 motion, plaintiff identifies a number of reasons for which he disagrees with the court's September 13 Order. However, having reviewed plaintiff's arguments, the court concludes that they are without merit and that the plaintiff has not shown relief from the Order is warranted under any of the provisions of Rule 60(b).

The plaintiff has moved, in the alternative, that the judgment articulated in the September 13 Order be set forth in a separate document pursuant to FED. R. CIV. P. 58(a). This court's

September 13 Order accepted and adopted in full the Report and Recommendation of the United States Magistrate Judge. *See* DN 57. The Order dismissed the claims of plaintiffs Frank Mitan, Kenneth Mitan, and Keith Mitan with prejudice, and was designated as final. The Order, and therefore the judgment of the court, is thus already set forth in its own document, and the plaintiff's motion for relief under Rule 58(a) will be denied.

For the reasons set forth herein, **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs' motion for relief pursuant to Rule 60 or, in the alternative, to have this court's September 13, 2010 judgment set forth in a separate document, is **DENIED.**

This is a final order, there being no just cause for delay in its entry.

**IT IS SO ORDERED**.

CC: United States Court of Appeals for the Sixth Circuit